**No. 45302.**—Protests 17531–K, etc., of Chee Wo Tong (Seattle).

Opinion by EVANS, J. In accordance with stipulation of counsel certain items were held entitled to free entry under paragraph 1669 and other items dutiable at 10 percent under paragraph 34 as drugs advanced, as claimed. *Oy Wo Tong* v. *United States* (C. D. 372) followed.